# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| CHAMPION COACH, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:25-cv-00573 |
| | ) | |
| v. | ) | Removed from Circuit Court of |
| | ) | Henry County, Missouri |
| OWNERS INSURANCE COMPANY | ) | |
| | ) | State Court Case No.: |
| Defendant. | ) | 25HE-CC00062 |
| | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant, Owners Insurance Company, incorrectly named as "Auto-Owners Insurance Company" (hereinafter "Owners"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332 and 1441(a), and hereby files this Notice of Removal of the above-captioned case, originally filed in the Circuit Court of Henry County, State of Missouri, to the United Sates District Court for the Western District of Missouri, Western Division, and in support thereof, respectfully states as follows:

1. On or about June 20, 2025, Plaintiff filed a Petition in the Circuit Court of Henry County, State of Missouri, alleging breach of contract and vexatious refusal to pay causes of action against Owners. A copy of the state court file for Case Number 25HE-CC00062 is filed contemporaneously herewith and incorporated by reference as Exhibit A.

2. Plaintiff Champion Coach, LLC is a Limited Liability Company registered and incorporated in the State of Missouri, with its principal place of business located at 129 N Main St, Clinton, Missouri 64735.

3. Plaintiff Champion Coach, LLC has two members. All members are currently and were at all relevant times, citizens of the State of Missouri.

1

4. David J. Lowe is a member of Champion Coach, LLC, with a registered address in Clinton, Missouri.

5. Shirley A. Lowe is a member of Champion Coach, LLC, with a registered address in Clinton, Missouri 64735.

6. Therefore, for the purpose of removal based on diversity of citizenship, Plaintiff Champion Coach, LLC, and all its members, are currently and were at all relevant times, citizens of the State of Missouri.

7. Owners is a foreign corporation organized and existing under the laws of the State of Michigan, with its principle place of business in Lansing, Michigan.

8. Therefore, for the purpose of removal based on diversity of citizenship, Owners is currently and was at all relevant times, a citizen of the State of Michigan.

7. The amount in controversy in this action, exclusive of interests and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) in that Plaintiff prayed for judgment against Owners in the amount of $227,930.31.

8. This Notice of Removal is timely filed in accordance with 28 U.S.C. §§ 1332 and 1446.

9. Because complete diversity of citizenship exists between Plaintiff and Owners, and because the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs, removal to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1446.

10. Owners, simultaneously with the filing of this Notice of Removal, has given written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the Court for the Circuit Court of Henry County, State of Missouri.

#33142256 v1

WHEREFORE Defendant, Owners Insurance Company respectfully requests this Honorable Court accept jurisdiction of this action and award any such other and further relief as this Court deems just and proper under the circumstances.

## JURY DEMAND

COMES NOW Defendant, Owners Insurance Company and hereby demands a trial by jury on all issues properly triable and not previously disposed of via a motion to dismiss, motion for summary judgment, motion for directed verdict, or other dispositive motion.

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/ Alexa L. Lester*

Robert L. Brady, #47522
Alexa L. Lester, #68974
600 Kellwood Parkway, Suite 120
St. Louis, MO 63017
(636) 798-0570 – Phone
(636) 798-0693 – Fax
rbrady@wwbhlaw.com
alester@wwbhlaw.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of July, 2025, a true and correct copy of the foregoing was electronically filed and served via the Court's CM/ECF system, and was served via email on counsel of record below.

Nathaniel K. Scearcy
Timothy L. Sifers
SIFERS JENSEN PALMER, LLC
1901 W 47th Place, Suite 200
Westwood, KS 66205
(816) 819-3880 – Phone
nate@sjplawfirm.com
tim@sjplawfirm.com
*Attorneys for Plaintiff*

*/s/ Alexa L. Lester*

3

#33142256 v1