# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Champion Coach ; | Owners Insurance Company ; |
| 4 Incorporated or Principal Place of Business in This State; | 5 Incorporated and Principal Place of Business in Another State; Michigan |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Henry County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Nathaniel K. Scearcy ( Champion Coach ) | Alexa L. Lester ( Owners Insurance Company) |
| Sifers Jensen Palmer, LLC | Watters Wolf Bub Hansmann, LLC |
| 1901 W. 47th Place, Suite 200 | 600 Kellwood Parkway, Suite 120 |
| Westwood , Kansas 626205 | St. Louis, Missouri 63017 |
| **Phone:** (816) 819-3880 | **Phone:** (636) 798-0570 |
| **Fax:** | **Fax:** (636) 798-0693 |
| **Email:** nate@sjplawfirm.com | **Email:** alester@wwbhlaw.com |
| | |
| Timothy L. Sifers ( Champion Coach ) | Robert L. Brady ( Owners Insurance Company) |
| Sifers Jensen Palmer, LLC | Watters Wolf Bub Hansmann, LLC |
| 1901 W. 47th Place, Suite 200 | 600 Kellwood Parkway, Suite 120 |
| Westwood, Kansas 66205 | St. Louis, Missouri 63017 |
| **Phone:** (816) 819-3880 | **Phone:** (636) 798-0570 |
| **Fax:** | **Fax:** (636) 798-0693 |
| **Email:** tim@sjplawfirm.com | **Email:** rbrady@wwbhlaw.com |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** 4 Incorporated or Principal Place of Business in This State

**Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

**State Removal County:** Henry County

**State Removal Case Number:** 25HE-CC00062

**Nature of Suit:** 110 Insurance Contracts

**Cause of Action:** 28 U.S.C. §§ 1332 and 1441(a). Diversity and Petition for Removal.

## Requested in Complaint

**Class Action:**  Not filed as a Class Action

**Monetary Demand (in Thousands):**  $227,930.31

**Jury Demand:**  Yes

**Related Cases:**  Is NOT a refiling of a previously dismissed action

---

**Signature:** Alexa L. Lester

**Date:**  07/24/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.