**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| CHAMPION COACH, LLC | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No.: 4:25-cv-00573-SRB |
| v. | ) | |
| | ) | |
| OWNERS INSURANCE COMPANY | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## <u>MOTION TO WITHDRAW AS ATTORNEY</u>

COMES NOW, Alexa L. Lester, of the law firm Watters Wolf Bub Hansmann, LLC, and

hereby withdraws as counsel of record for Defendant Owners Insurance Company, who continues

to be represented by Robert L. Brady as currently entered as counsel of record for Defendant.

*Respectfully submitted,*

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/ Alexa L. Lester*
Robert L. Brady, #47522MO
Alexa L. Lester, #68974MO
600 Kellwood Parkway, Suite 120
St. Louis, MO 63017
(636) 798-0570 – Phone
(636) 798-0693 – Fax
rbrady@wwbhlaw.com
alester@wwbhlaw.com
*Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 26th day of March, 2026, a true and correct copy of the foregoing was electronically filed and served via the Court's CM/ECF system, which served notice of filing on all counsel of record.

Nathaniel K. Scearcy
Timothy L. Sifers
SIFERS JENSEN PALMER, LLC
1901 W 47th Place, Suite 200
Westwood, KS 66205
(816) 819-3880 – Phone
nate@sjplawfirm.com
tim@sjplawfirm.com
*Attorneys for Plaintiff*

Michelle Miranda
National Insurance Advocates, PLLC
5900 Balcones Drive, Suite 100
Austin, TX 78731
(833) 701-4110 – Phone
service@nia.law
mmiranda@plglawyersfl.com
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

                               */s/ Alexa L. Lester*