**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

CHAMPION COACH, LLC,

Plaintiff,                                                      Civil Action No. 4:25-cv-00573

v.

OWNERS INSURANCE COMPANY,

Defendant.

## **PRO HAC VICE EXHIBIT A**

I, Maxwell Barnard, hereby certify that I am admitted to practice and am a member in good

standing before the following United States District Courts:

- Eastern District of Missouri

- Eastern District of Texas

- Southern District of Florida

- Southern District of Texas

- Western District of Arkansas


Respectfully submitted,
*/s/ Maxwell Barnard Esq*
National Insurance Advocates
6619 S Dixie Hwy., #363
Miami, FL 33143
Telephone: 833-701-4110
Email: mbarnard@plglawyersfl.com
*Pro Hac Vice pending*